**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **NILDAMARI FRAGUADA SIFUENTES,** | |
| Plaintiff, | |
| v. | CIVIL NO. 26-1245(JAG) |
| **SERGIO GONZALEZ SOLIS,** | |
| Defendant. | |

**MOTION TO SUBSTITUTE THE UNITED STATES OF AMERICA
AS CO-DEFENDANT FOR SOME CLAIMS IN PLACE OF THE
INDIVIDUAL-CAPACITY DEFENDANT**

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 2679(d) the United States is hereby substituted for the individual defendant Sergio Gonzalez Solis, with respect to some of the plaintiff's state law claims for relief.

1.     Plaintiff alleges that Sergio Gonzalez Solis ("Mr. Gonzalez") is liable for making false accusations against her both in the workplace and in state court, when he procured a protective order against her. She seeks damages under Puerto Rico law for negligence, slander and libel, and malicious prosecution. See ECF 1-3 at ¶ 29.

2.     The Federal Tort Claims Act, 28 U.S.C. §§ 1346(b); 2671-2680 (2012) ("FTCA"), as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988 § 5, Pub. L. No. 100-694, 102 Stat. 4563 (1988), provides that a suit against the United States shall be the exclusive remedy for persons with claims for damages resulting from the negligent or wrongful acts or omissions of federal employees taken within the scope of their office or employment. See 28 U.S.C. § 2679(b)(1). Some of the Puerto Rico

1

State law claims alleged in the plaintiff's complaint fall within this provision. See ECF No. 1-3 at ¶¶ 8-13.

3.      The FTCA also provides that upon certification by the Attorney General that a federal employee was acting within the scope of his office or employment at the time of the incident out of which the plaintiff's claim arose, any civil action or proceeding commenced upon such a claim and arising under state law shall be deemed an action against the United States, and the United States shall be substituted as the defendant with respect to those claims. 28 U.S.C. § 2679(d)(1), (2). Certification authority has been delegated to the United States Attorneys and the Directors of the Civil Division's Torts Branch. 28 C.F.R. § 15.4.

4.      W. Stephen Muldrow, U.S. Attorney for the District of Puerto Rico, has certified that Mr. Gonzalez was an employee of the government acting in the scope of office or employment at the time of the incident out of which some of the plaintiff's claims arose. Specifically, Mr. Gonzalez was acting in the scope of his federal employment when he lodged an administrative complaint with CBP Management notifying the agency of plaintiff's misconduct. See ECF No. 2-1; ECF No. 1-3 at ¶¶ 8-13.

5.      Based on the Certification, the claims against defendant Mr. Gonzalez included in ¶¶ 8-13 of the Complaint (ECF No. 1-3), insofar as those claims are sought in his individual capacity, should be deemed a claim against the United States.

6.      The Court should thus add the United States of America as a co-defendant in this case, while allowing Sergio Gonzalez Solis, *in his individual capacity*, to remain as a co-defendant.

7. The court may exercise supplemental jurisdiction under 28 U.S.C. § 1367(a) over plaintiff's state law claims against Mr. Gonzalez in his individual capacity and related to his alleged pursuit of a protective order against her in state court. See ECF No. 1-3 at ¶¶ 16-26.

WHEREFORE, it is respectfully requested from this Honorable Court that the United States be substituted for defendant Mr. Gonzalez with respect to the claims included in ¶¶ 8-13 of the Complaint (ECF No. 1-3) and exercise supplemental jurisdiction of the remaining state law claims against Mr. Gonzalez in his individual capacity.

I HEREBY CERTIFY, that on this date a true copy of the foregoing Notice of Removal and related documentation shall be mailed to (i) Plaintiff's Counsel at the Lopez Toro Estudio de Derecho & Notaría at PO Box 635, Rio Grande, PR, 00745, and through her e-mail address of: estudiolopeztoro@aol.com, and (ii) co-defendant Sergio Gonzalez Solis at 67 Vistalago, Calle La Plata Gurabo, PR 00778, and through his e-mail address of: sergio.gonzalersolisl@gmail.com.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 28th day of April 2026.

W. STEPHEN MULDROW
United States Attorney
350 Chardon Avenue
Torre Chardon, Suite 1201
Hato Rey, Puerto Rico, 00918

*s/Priscila M. Acevedo*
PRISCILA M. ACEVEDO
Assistant United States Attorney
USDC-PR No. 307301
Tel: 787-282-1847
Email: priscila.acevedo@usdoj.gov

3