**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **NILDAMARI FRAGUADA SIFUENTES,** | |
| Plaintiff, | |
| v. | CIVIL NO. 26-1245(JAG) |
| **SERGIO GONZALEZ SOLIS, ET ALS.,** | |
| Defendants. | |

**MOTION TO WITHDRAW FROM LEGAL REPRESENTATION**

TO THE HONORABLE COURT:

Defendant, the United States of America, by and through undersigned counsel, respectfully moves this Court for leave to withdraw as counsel for Defendant Sergio Gonzalez Solis, while continuing to represent the United States in this matter. In support thereof, Defendant states as follows:

1.      On April 27, 2026, the action was removed to the United States District Court for the District of Puerto Rico. See ECF No. 1. In the removal, the undersigned appeared on behalf of Mr. Sergio Gonzalez Solis in his official capacity as a federal officer.

2.      On April 28, 2026, the United States filed a motion to substitute itself as the proper defendant for some of the claims included in the complaint because some of the incidents complained of took place while Mr. Sergio Gonzalez Solis ("Gonzalez") was acting in his official capacity within the scope of his federal employment. See ECF No. 4. The Court granted the substitution on April 29, 2026. See ECF No. 6.

3.      At present, undersigned counsel appears as counsel for both the United States and co-defendant Gonzalez.

1

4.     Upon review of the claims, however, it has become necessary to distinguish the representation of the United States from that of co-defendant Gonzalez in his individual capacity.

5.     Upon substitution, continued joint representation in the case's docket report is no longer appropriate.

6.     Accordingly, undersigned counsel seeks leave to withdraw from representation of co-defendant Gonzalez.

7.     Undersigned counsel will continue to represent the United States.

8.     Defendant Gonzalez will be notified of this motion so that he is able to secure separate counsel with respect to the claims asserted against him in his individual capacity.

9.     This motion is made in good faith and not for purposes of delay, and withdrawal will not unduly prejudice any party or disrupt the proceedings.

**WHEREFORE**, the Defendants respectfully request that this Honorable Court grant the undersigned's request to withdraw from the legal representation of Mr. Gonzalez.

I HEREBY CERTIFY that on this date, I electronically filed the forgoing with the Clerk of the Court using CM/ECF System, which will send notification of such filing to all parties, and that on this date a true copy of the foregoing motion shall be mailed to co-defendant Sergio Gonzalez Solis at 67 Vistalago, Calle La Plata Gurabo, PR 00778, and through his e-mail address of: sergio.gonzalersolisl@gmail.com.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 30th day of April 2026.

W. STEPHEN MULDROW
United States Attorney
350 Chardon Avenue
Torre Chardon, Suite 1201
Hato Rey, Puerto Rico, 00918

2

*s/Priscila M. Acevedo*
PRISCILA M. ACEVEDO
Assistant United States Attorney
USDC-PR No. 307301
Tel: 787-282-1847
Email: priscila.acevedo@usdoj.gov