Case 3:26-cv-01245-JAG   Document 9-1   Filed 05/07/26   Page 1 of 1

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE CAGUAS

| | |
|---|---|
| NILDAMARI FRAGUADA SIFUENTES | CASO NÚM. |
| Demandante | |
| v. | Sobre: Daños y Perjuicios, Persecución Maliciosa, |
| SERGIO GONZALEZ SOLIS | Difamación y Libelo |
| Demandado. | |

### Moción Sometiendo Emplazamiento Diligenciado

AL HONORABLE TRIBUNAL:

COMPARECE la parte demandante, Nildamari Fraguada Sifuentes, por la representación legal que suscribe y muy respetuosamente expone, alega y solicita lo siguiente:

1. El demandado, Sergio González Solís, fue emplazado mediante diligenciamiento personal en su lugar de empleo, Aduana Fronteriza en La Puntilla, San Juan, Puerto Rico, el 29 de enero de 2026.

2. Se incluye emplazamiento con la correspondiente certificación de diligenciamiento juramentada por el Sr. Joseph Lebrón.

**EN MERITO DE LO CUAL** muy respetuosamente se solicita que el tribunal tome conocimiento de lo informado para todo fin pertinente.

Respetuosamente sometido, a 30 de enero de 2026.

**LOPEZ TORO**
**Estudio de Derecho & Notaría**
P.O. Box 635
Río Grande, Puerto Rico 00745
Tel. 787-957-2640, Cel. 787-646-5395
ESTUDIOLOPEZTORO@aol.com

*Fdo. Bámily López Ortiz*
**Bámily López Ortiz**
RUA Núm. 9273
Colegiada Núm. 10511

1