Formulario OAT 172
(Rev. Agosto 2023)

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE CAGUAS**

NILDAMARI FRAGUADA SIFUENTES
Parte Demandante

v

SERGIO GONZÁLEZ SOLÍS
Parte Demandada

Caso Núm: CG2026CV00095

Salón Núm:

Acción Civil de: LIBELO, CALUMNIA O DIFAMACIÓN, PERSECUCIÓN MALICIOSA

**EMPLAZAMIENTO**

ESTADOS UNIDOS DE AMÉRICA, SS
EL PRESIDENTE DE LOS ESTADOS UNIDOS
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO

A: SERGIO GONZÁLEZ SOLÍS
GURABO, PUERTO RICO

POR LA PRESENTE se le emplaza para que presente al tribunal su alegación responsiva dentro de los 30 días de haber sido diligenciado este emplazamiento, excluyéndose el día del diligenciamiento. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https://www.poderjudicial.pr/index.php/tribunal-electronico/, salvo que el caso sea de un expediente físico o que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la Secretaría del Tribunal y notificar copia de la misma al (a la) abogado(a) de la parte demandante o a ésta, de no tener representación legal. Si usted deja de presentar su alegación responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente. Además, se le apercibe que, en los casos al amparo de la Ley Núm. 57-2023, titulada Ley para la Prevención del Maltrato, Preservación de la Unidad Familiar y para la Seguridad, Bienestar y Protección de los Menores, entre los remedios que el Tribunal podrá conceder se incluyen la ubicación permanente de un (una) menor fuera de su hogar, el inicio de procesos para la privación de patria potestad, y cualquier otra medida en el mejor interés del (de la) menor. (Artículo 33, incisos b y f de la Ley Núm. 57-2023). Se le advierte de su derecho a comparecer acompañado(a) de abogado(a) en los casos que proceda.

Nombre del Abogado: SAMILY LÓPEZ ORTIZ
RUA: 9273
Dirección: PO BOX 636, RÍO GRANDE, PUERTO RICO, PUERTO RICO, 00745
Tel: 7875572540 / Fax: 0000000000
Correo Electrónico: estudiolopeztixro@gmail.com

Expedido bajo mi firma y sello del Tribunal, el

IRASEMA DIAZ SANCHEZ
Nombre del (de la)
Secretario(a) Regional

de _____ de _____

Por: _____ Maria E. _____
Nombre del (de la)
Secretario(a) Auxiliar del Tribunal

_____
Firma del (de la)
Secretario(a) Auxiliar del Tribunal

CG2026CV00095  30/01/2026 02:23 pm Entrada Núm. 4 Página 2 de 3
Case 3:26-cv-01245-JAG    Document 9-2    Filed 05/07/26    Page 2 of 3
CG2026CV00095  14/01/2026 03:15 pm Entrada Núm. 2 Página 2 de 3

Formulario OAT 1721
(Rev. Agosto 2023)

Página 2 de 3

Caso Núm. _CG2026CV00___

## CERTIFICADO DE DILIGENCIAMIENTO POR EL (LA) AL

**Sello**

Yo, _____ Alguacil del Tribunal de Pri

Rico, Sala de _____

CERTIFICO que el diligenciamiento del emplazamiento y de la demanda realizada por mí, el _____ de _____ de _____, a las _____ siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dire

☐ Accesible en la inmediata presencia de la parte demandada en la s

☐ Dejando copia de los documentos a un(a) agente autorizado(a) p designada por ley para recibir emplazamientos en la siguiente dirección física

☐ No se pudo diligenciar el emplazamiento personalmente debido a que:

En _____, Puerto Rico, el _____ de _____ de _____.

Nombre del (de la) Alguacil Regional _____

Nombre del (de la) Alguacil de Primera Instancia y Número de Placa

Firma del (de la) Alguacil de Primera Instancia

## DILIGENCIAMIENTO DEL EMPLAZAMIENTO POR PERSONA PARTICULAR

Yo, _Joseph lebron_, declaro tener capacidad legal conforme la Regla 4.3 de Procedimiento Civil de Puerto Rico, y certifico que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizado por mí, el _29_ de _enero_ de _2026_, de la siguiente forma:

☑ Mediante entrega personal a la parte demandada en la siguiente dirección física: _Sergio González Solís en su lugar de_

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física: _trabajo Aduana Fronteriza oficina Pantilla_

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demanda o designada por ley para recibir emplazamientos en la siguiente dirección física: _Viejo San Juan P.R._

☐ No se pudo diligenciar el emplazamiento personalmente debido a que:

COSTOS DEL DILIGENCIAMIENTO: $ _____

## DECLARACIÓN DEL (DE LA) EMPLAZADOR(A)

Declaro bajo pena de perjurio, conforme a las leyes del Estado Libre Asociado de Puerto Rico, que la información provista en el diligenciamiento del emplazamiento es verdadera y correcta.

Y PARA QUE ASI CONSTE, suscribo la presente en _Guaynabo_, Puerto Rico, el _29_ de _enero_ de _2026_.

Firma del (de la) emplazador(a)

_P.O Box 1758_
_Guaynabo, P.R._
Dirección del (de la) emplazador(a)

AFFIDÁVIT NÚM. _____ [en caso de ser juramentado ante un(a) notario(a)]

Jurado(a) y suscrito(a) ante mi por _Joseph lebron_ de las circunstancias personales anteriormente mencionadas, a quien doy fe de conocer _# Lic Conducir  40 AASI_ (conocimiento personal o, en su defecto, la acreditación del medio supletorio provisto por la Ley Notarial)

En _Guaynabo_, Puerto Rico, el _30_ de _enero_ de _2026_.

Alicia Ayala Sanjurjo
Secretaria Regional
Nombre del (de la) Notario(a)
Secretario(a) Regional

Por: GRISELLE OLIVIERI GAZTAMBIDE
SECRETARIA REGIONAL I
Nombre del (de la)
Secretario(a) Auxiliar del Tribunal

Firma del (de la)
Secretario(a) Auxiliar del Tribunal

_Nota: Se le entregó copia de la demanda. J.L._

Formulario OAT 1721
(Rev. Agosto 2023)

Página 3 de 3

CG2026CV00095

Caso Núm. _____

## DILIGENCIAMIENTO BAJO LEY NÚM. 57-2023

Yo, _____, certifico que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizado por mí, el ____ de _____ de _____ de la siguiente forma:

☐ Mediante envío a la parte demandada por correo electrónico a la siguiente dirección:

_____

☐ Mediante envío a la parte demandada por correo regular a la siguiente dirección:

_____

### DECLARACIÓN DEL (DE LA) EMPLAZADOR(A)

Declaro bajo pena de perjurio, conforme a las leyes del Estado Libre Asociado de Puerto Rico, que la información provista en el diligenciamiento del emplazamiento es verdadera y correcta.

Y PARA QUE ASÍ CONSTE, suscribo la presente en _____, Puerto Rico, el ____ de _____ de _____.

_____     _____
Firma del (de la) emplazador(a)                    Dirección del (de la) emplazador(a)

AFFIDÁVIT NÚM. _____ (en caso de ser juramentado ante un(a) notario(a))

Jurado(a) y suscrito(a) ante mí por _____
de las circunstancias personales anteriormente mencionadas, a quien doy fe de conocer

_____
(conocimiento personal o, en su defecto, la acreditación del medio supletorio provisto por la Ley Notarial)

En _____, Puerto Rico, el ____ de _____ de _____.

_____          Por: _____
Nombre del (de la) Notario(a) o                          Nombre del (de la)
Secretario(a) Regional                                        Secretario(a) Auxiliar del Tribunal

_____
Firma del (de la)
Secretario(a) Auxiliar del Tribunal