

1300 Pennsylvania Avenue, NW
Washington, DC 20229

**U.S. Customs and
Border Protection**

March 24, 2026

Hiram Gonzalez
The National Treasury Employees Union
**VIA EMAIL ONLY**: hiram.gonzalez@cbp.dhs.gov

> EEO Complaint of Nildamari Fraguada v. Kristi Noem,
> Secretary, U.S. Department of Homeland Security
> Case Number: HS-CBP-02564-2024

Dear Mr. Gonzalez:

Enclosed for your information is a copy of the electronic Report of Investigation (ROI) in Adobe portable document format (PDF) for the above-referenced complaint. In order to view the PDF file, you must have Adobe Acrobat Reader, either Standard or Professional, installed on your computer. The ROI is for your use in the processing of this complaint and may contain information regarding other individuals whose privacy should be safeguarded. We have reviewed the file and determined that it contains sufficient relevant information to make a decision on the complaint.

In accordance with Title 29 Code of Federal Regulations (C.F.R.) § 1614.108(f) of the Equal Employment Opportunity Commission (EEOC) regulations, this letter serves to notify you that we have completed our investigation of the above-referenced complaint.

You have the right, **within 30 days** of receipt of this letter, to request either:

1. A hearing by a U.S. EEOC Administrative Judge, who may conduct a hearing and recommend a decision to the Office for Civil Rights and Civil Liberties at the Department of Homeland Security (DHS), which will render a final order in your case; or

2. A Final Agency Decision (FAD) by DHS without a hearing based on the existing complaint file.

Please use the enclosed election form when requesting your option.

If you choose to request a hearing, you may file your request directly with the EEOC using EEOC's Public Portal located at https://publicportal.eeoc.gov. If you submit your request for hearing through EEOC's public portal, you must select **U.S. Customs and**

Border Protection (CBP) as the Agency name. *Selecting DHS as the Agency name will delay the processing of your hearing request.* Instructions for use of this Public Portal and hearing information can be found at https://www.eeoc.gov/federal-sector/hearings. Alternatively, you can mail your request for a hearing to the EEOC.

If you choose to request a hearing, a FAD without a hearing, or you do not wish to pursue this matter further, **you must send a copy of your request to CBP's Equal Employment Opportunity Division**. To do so, you may send your election form to me at email address: Connie.daniels@cbp.dhs.gov.

If we do not receive your written notification within 30 calendar days, we will automatically forward the ROI to DHS, the Office for Civil Rights and Civil Liberties (CRCL) for issuance of a FAD based on the existing complaint file.

If you do not wish to pursue this matter further, you may withdraw the complaint by notifying this office in writing (see enclosed election form).

Should you have any questions regarding this matter, please contact me at (202) 256-8959, or via email at Connie.daniels@cbp.dhs.gov.

Sincerely,

Connie Daniels

Connie Daniels, EEO Specialist
Equal Employment Opportunity Division
U.S. Customs and Border Protection

Enclosures:    Election Form
               Report of Investigation

cc:    Nildamari Fraguada
       **VIA EMAIL ONLY**: nildamari.fraguada@cbp.dhs.gov; nfraguada@yahoo.com

# ELECTION FORM

TO:         Equal Employment Opportunity Division
                 U.S. Customs and Border Protection

RE:         Nildamari Fraguada v. Department of Homeland Security (DHS),
                 Case Number: HS-CBP-02564-2024

In response to your letter dated March 24, 2026, and within **30 calendar days** after receiving your letter in the above-referenced case, by checking **one** of the boxes below, I am making the following election:

☐       I am requesting the appointment of a U.S. Equal Employment Opportunity Commission Administrative Judge pursuant to 29 C.F.R. § 1614.108(h) **by submitting this election form to:**

                      **District Director, Miami District Office**
                    **Equal Employment Opportunity Commission**
                               **Miami Tower**
                     **100 SE 2nd Street, Suite 1500**
                             **Miami, FL 33131**

       You may also request a hearing by accessing EEOC's public portal *and selecting **U.S. Customs and Border Protection (CBP)** as the Agency Name,* at **https://publicportal.eeoc.gov/Portal/Login.aspx**. *(See last page for guidance)*

☐       I am requesting that the Office for Civil Rights and Civil Liberties at DHS issue a final decision without a hearing based on the existing record.

☐       I am withdrawing my formal complaint because I no longer intend to pursue it and understand that it will be administratively closed by DHS.

_____         _____
Complainant's or Attorney's Signature                        Date

**NOTE:** *Only Complainant or their attorney can sign the request for a hearing. Non-attorney representatives may **not** sign requests for a hearing.* **Hearing requests must be signed.**

I **certify** that I am submitting a copy of this election form to CBP at the below mailing address *or* via email at: **Connie.daniels@cbp.dhs.gov**.

         **ATTN: Connie Daniels, EEO Specialist**
         **U.S. CUSTOMS AND BORDER PROTECTION**
         **EEO DIVISION**
         **1300 Pennsylvania Avenue, NW**
         **Room 3.3D, Mailstop #1019**
         **Washington, DC  20229**

## Electronically Requesting a Hearing Using the EEOC Public Portal

Please refer to the EEOC Public Portal User's Guide Volume 6 – Hearings with the EEOC for detailed instructions: V6-Hearings_with_the_EEOC.pdf

**WARNING! If you are an attorney/representative for a complainant, you cannot request a hearing on behalf of your client; only your client may request a hearing at this time.**

To request a hearing on your complaint through the EEOC Public Portal, perform the following steps:

1. Go to the EEOC Public Portal home page: https://publicportal.eeoc.gov/Portal/Login.aspx. You must have a user account to request a hearing. You may click Sign-In or Register on the upper, right-hand side of the page. Refer to the EEOC Public Portal User's Guide Vol 1 – Getting Started for detailed instructions: V1-Getting_Started.pdf (eeoc.gov).

2. On the EEOC Public Portal home page, click Filing with EEOC. When asked to identify the Type of Employer you believe discriminated against you, select 'Federal Government agency…' and click on the Next button.

3. An informational page displays with links to help you learn more about the processes. When you are ready to continue, click on the Next button.

4. The What would you like to do? page displays. Select Request a Hearing about my formal EEO complaint and click on the Next button.

5. The Assessment Questions page displays. Select the appropriate response or fill in the requested information for each question. When you have completed the questions, click on the Next button.

6. The Information page displays, and you must have a user account. You can click "Sign-up Now," "Returning User," or if you are already logged-in, your personal information is displayed. Click on the Continue button.

7. The Representative Information page displays (this is optional, but if you are being represented by an attorney or another individual in the EEO process, you should identify your representative here). Select Yes or No and click on the Next button to continue. If you select Yes, a form displays for you to fill in the representative information. When you are finished, click on the Next button.

8. The My Representatives page displays showing the representative(s) you have entered. Review the information and when you are ready to continue, click on the Next button.

9. The Hearing Document page displays. You must upload your Request for a Hearing or Election Form. Click on the Upload Document button. When the pop-up window displays, select the correct file and 'Request for Hearing' as the document type, and click on the Upload button. The Hearing Document page will then display the file that you uploaded. Click on the Next button to continue.

10. The Request Hearing page displays and you will be asked to enter information to identify your complaint. You must enter the Agency number (i.e., Case Number), Agency name (You should select **CBP**), and the EEOC office. When you are finished, click on the Submit Request button. When the request is successfully submitted, you will receive an email confirmation from EEOC.