# ELECTION FORM

TO:       Equal Employment Opportunity Division
          U.S. Customs and Border Protection

RE:       <u>Nildamari Fraguada v. Department of Homeland Security (DHS)</u>,
          Case Number: HS-CBP-02564-2024

In response to your letter dated March 24, 2026, and within **30 calendar days** after receiving your letter in the above-referenced case, by checking <u>one</u> of the boxes below, I am making the following election:

☒   I am requesting the appointment of a U.S. Equal Employment Opportunity Commission Administrative Judge pursuant to 29 C.F.R. § 1614.108(h) **by submitting this election form to:**

> **District Director, Miami District Office**
> **Equal Employment Opportunity Commission**
> **Miami Tower**
> **100 SE 2nd Street, Suite 1500**
> **Miami, FL 33131**

You may also request a hearing by accessing EEOC's public portal *and selecting **U.S. Customs and Border Protection (CBP)** as the Agency Name,* at **https://publicportal.eeoc.gov/Portal/Login.aspx**. *(See last page for guidance)*

☐   I am requesting that the Office for Civil Rights and Civil Liberties at DHS issue a final decision without a hearing based on the existing record.

☐   I am withdrawing my formal complaint because I no longer intend to pursue it and understand that it will be administratively closed by DHS.

_____          ___4/14/26_____
Complainant's or Attorney's Signature                    Date

**NOTE:** *Only Complainant or their attorney can sign the request for a hearing. Non-attorney representatives may <u>not</u> sign requests for a hearing.* **<u>Hearing requests must be signed.</u>**

I <u>*certify*</u> that I am submitting a copy of this election form to CBP at the below mailing address *or* via email at: **Connie.daniels@cbp.dhs.gov**.

> **ATTN: Connie Daniels, EEO Specialist**
> **U.S. CUSTOMS AND BORDER PROTECTION**
> **EEO DIVISION**
> **1300 Pennsylvania Avenue, NW**
> **Room 3.3D, Mailstop #1019**
> **Washington, DC  20229**